AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

COREY DAVIS, JR.,

      Plaintiff,

                **JUDGMENT IN A CIVIL CASE**

           **v.**

                CASE NUMBER: 2:23-cv-049

J. CARMARILLO; P. MEYER; J. TODD; and WARDEN
FIKES,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated June 5, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

June 6, 2023
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020